UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| KIMBERLY MILLER, | : | Case No. 3:23-cv-00355 |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | (by full consent of the parties) |
| ALLSTATE INSURANCE COMPANY, | : | |
| Defendant. | : | |

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED**.

*s/ Caroline H. Gentry*
Hon. Caroline H. Gentry
United States Magistrate Judge

1